**Opinion filed April 11, 2013**



# In The

# Eleventh Court of Appeals

_____

## No. 11-13-00062-CR

_____

### JESUS JOSE MUNIZ, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 358th District Court**

**Ector County, Texas**

**Trial Court Cause No. D-36,766**

### M E M O R A N D U M   O P I N I O N

Jesus Jose Muniz has filed in this court a motion to withdraw his notice of appeal and dismiss his appeal. Pursuant to TEX. R. APP. P. 42.2, the motion is signed by both Appellant and his counsel. Additionally, Appellant's counsel has filed a motion to withdraw.

The motion to dismiss the appeal is granted. Appellant's notice of appeal is withdrawn, and the appeal is dismissed. Counsel's motion to withdraw is dismissed as moot.

April 11, 2013                                                            PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.